IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, </br></br>Plaintiff, </br></br>v. </br></br>KATHRYN MIDYETTE RUIZ, DONALD E. PONTIFF, RONALD A. PONTIFF, PHILLIP MARK PAROTT, BARRY S. MILLS, JOSEPH L. VARGA, JOHN R. HULTIN and DOES 1 - 10 </br></br>Defendants. | Case No.: 4:19-cv-00142-BR </br></br>**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT PHILLIP MARK PAROTT** |

To: The Clerk of Court and all parties of record:

Plaintiff, American General Life Insurance Company ("AGLIC"), by and through its counsel, hereby requests the Clerk of Court enter a default against Defendant Phillip Mark Parott (hereinafter "this Defendant"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, on the ground that this Defendant has failed to appear, or otherwise respond to the complaint, within the time period prescribed by the Federal Rules of Civil Procedure, respectfully showing this Court as follows:

1. AGLIC filed its complaint on October 4, 2019. (Dkt. No. 1).

2. AGLIC served its complaint on this Defendant as shown by the Waiver of Service filed with the Court on November 20, 2019. (Dkt. No. 10).

3. This Defendant had 60 days from the Waiver dated October 4, 2019, or December 3, 2019, to file a responsive pleading.

4. To-date, this Defendant has not yet filed any responsive pleading.

5. The above stated facts are set forth in the accompanying affidavit of Jeffrey Melcher, filed herewith.

6. By failing to respond, the Defendant has admitted all allegations in Plaintiff's Complaint in Interpleader and for Declaratory Relief and Plaintiff is entitled to judgment in its favor against this Defendant.

Plaintiff American General Life Insurance Company respectfully requests that this Court enter the default of Defendant Phillip Mark Parott and award Plaintiff declaratory relief by allowing it to deposit the $250,000.00 policy benefit with the court and be discharged of all liability to Defendants. Plaintiff further requests that the costs incurred in this suit, including but not limited to reasonable attorneys' fees, be paid to it out of the policy benefit.

Submitted this \_\_\_\_ day of February, 2020.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

<u>/s/Jeffrey Melcher</u>
Jeffrey Melcher
North Carolina Bar No. 0017703

3348 Peachtree Rd., NE
Suite 1400

Atlanta, GA 30326
(470) 419-6650 (Main)
(470) 419-6651 Fax
Jeffrey.melcher@wilsonelser.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR ENTRY OF DEFAULT was served upon all counsel of record upon the following parties and counsel via U.S. Mail.

Theodore B. Smyth
Cranfill Sumner & Hartzog LLP
P.O. Box 27808
Raleigh, NC 27611

Donald E. Pontiff
1108 Newton Drive
New Bern, NC 29562

Ronald A. Pontiff
800 Thyme Court
New Bern, NC 28562

Phillip Mark Parrot
2 Braemar Court
Blufton, SC 29910

Barry S. Mills
126 Charlie Road
Arapahoe, NC 29510

Joseph L. Varga
77 Crabapple Lane
Clayton, NC 27527

John R. Hultin
146 Whitetail Deear Lane
Garner, NC 27529

This ____ day of February, 2020.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/Jeffrey Melcher*
Jeffrey Melcher