UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) ) v. ) ) ) KATHYRN MIDYETTE RUIZ, DONALD E. ) PONTIFF, RONALD A. PONTIFF, PHILLIP ) MARK PARROTT, BARRY S. MILLS, ) JOSEPH L. VARGA, AND JOHN R. HULTIN ) ) Defendants. ) | **JUDGMENT** No. 4:19-CV-142-BR |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated 5/26/2020, American General Life Insurance Company is DISMISSED from this action and discharged from any further liability related to the life insurance benefits payable by reason of the death of Melvin Joseph Pontiff, Jr.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Ruiz's motion for distribution of funds is GRANTED. This case is DISMISSED WITH PREJUDICE.

This Judgment Filed and Entered on November 12, 2020 with service on:
Theodore B. Smyth (via CM/ECF Notice of Electronic Filing)
Jeffrey W. Melcher (via CM/ECF Notice of Electronic Filing)
Donald E. Pontiff, 1108 Newton Drive, New Bern, NC 28562 (via US Mail)
Ronald A. Pontiff, 800 Thyme Court, New Bern, NC 28562 (via US Mail)
Phillip Mark Parrott, 2 Braemar Court, Bluffton, SC 29910 (via US Mail)
Barry S. Mills,126 Charlie Road, Arapahoe, NC 28510 (via US Mail)
John R. Hultin, 146 Whitetail Deer Lane, Garner, NC 27529 (via US Mail)
Joseph L. Varga, 77 Crabapple Lane, Clayton, NC 27527 (via US Mail)

Date: November 12, 2020

PETER A. MOORE, JR., CLERK OF COURT

Lauren Herrmann, Deputy Clerk